DOWNEY BRAND LLP
JANLYNN R. FLEENER (Bar No. 169385)
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
Emails: jfleener@downeybrand.com
estallard@downeybrand.com

Attorneys for Defendant
THE GOLDEN 1 CREDIT UNION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeSHAWN WARE individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GOLDEN 1 CREDIT UNION, INC.,<br><br>Defendant. | Case No. 2:18-cv-02926-JAM-EFB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT THE GOLDEN 1 CREDIT UNION TO RESPOND TO COMPLAINT; ORDER** |

Pursuant to Local Rule 144(a), Plaintiff DeShawn Ware ("Plaintiff") and Defendant The Golden 1 Credit Union ("Defendant"), by and through their respective counsel, hereby stipulate and ask the Court to enter an order as follows:

1. On November 20, 2018, Plaintiff filed and served upon Defendant his Class/Action/Representative Complaint ("Complaint). Defendant's response to the Complaint was due December 11, 2018.

2. On December 5, 2018, counsel for Defendant requested an initial 28-day extension of time to respond to Plaintiff's Complaint. Plaintiff's counsel granted the extension.

3. Subsequently, a further two-week extension of time for Defendant to respond to Plaintiff's Complaint was requested and granted.

4. The Parties have agreed that any statutes of limitation for the Plaintiff or the putative class or collective members that are based on the response deadline are tolled for the

period of the agreed-upon extension of 42 days.

5. The parties respectfully request from the Court an order granting Defendant The Golden One Credit Union until January 21, 2019, to file its response to Plaintiff's Complaint.

DATED: January 3, 2019        DOWNEY BRAND LLP

By: /s/ *Elizabeth B. Stallard*
JANLYNN R. FLEENER
ELIZABETH B. STALLARD
Attorneys for Defendant
THE GOLDEN 1 CREDIT UNION

DATED: January 3, 2019        By: /s/ *Kevin J. Stoops (as authorized on 1/3/19)*
NATALIA D. ASBILL-BEAROR
PERKINS & ASSOCIATES, A PROFESSIONAL LAW CORP.
Attorneys for Plaintiff
and the Putative Classes

KEVIN J. STOOPS (PHV)
kstoops@sommerspc.com
CHARLES R. ASH, IV (pro hac vice forthcoming)
crash@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

TRENTON R. KASHIMA (SBN 291405)
trk@classactionlaw.com
FINKELSTEIN & KRINSK, LLP
550 West C St., Suite 1760
San Diego, CA 92101
Telephone: (619) 238-1333

Trial Counsel for Plaintiff and Proposed Class and Collective Members

## **ORDER**

Good cause having been shown, the Court hereby ORDERS that Defendant The Golden 1 Credit Union file its response the Complaint on or before January 21, 2019. Any statutes of limitation for the Plaintiff or the putative class or collective members shall be tolled for 42 days.

IT IS SO ORDERED:

DATED: 1/3/19                    /s/ John A. Mendez
                                 United States District Court Judge